■ In the Matter of THOMAS WRIGHT, Appellant, v RAMON J. RODRIGUEZ, as Chairman of the New York State Division of Parole, Respondent.—Appeal from a judgment of the Supreme Court (Cobb, J.), entered May 14, 1990 in Greene County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the State Division of Parole denying petitioner's request for parole.

Petitioner commenced this proceeding to review a determination of the State Division of Parole denying his request for parole. However, in view of petitioner's release in April 1990, the matter has been rendered moot *(see, Matter of Smith v Newberry,* 154 AD2d 941, *lv denied* 75 NY2d 705). Furthermore, insofar as it does not raise an issue likely to escape judicial review, it presents no exception to the mootness doctrine *(see, supra).*

Appeal dismissed, as moot, without costs. Weiss, J. P., Yesawich, Jr., Levine, Mercure and Harvey, JJ., concur.